UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATACHA COUTARD-AHMED AND MAGED TAREQ AHMED<br><br>         Plaintiffs,<br><br>v.<br><br>WILLIAM BARR, Attorney General of the United States, KEVIN MCALEENAN, Acting Secretary of the Department of Homeland Security (DHS), KEN CUCCINELLI, Acting Director of U.S. Citizenship and Immigration Services (USCIS), THOMAS CIOPPA, District Director of U.S. Citizenship and Immigration Services (USCIS)<br><br>         Defendants.<br>_____/ | CASE NO.:<br><br>**COMPLAINT FOR WRIT OF MANDAMUS UNDER 28 U.S.C.§ 1361.** |

## **COMPLAINT**

COME NOW Plaintiffs in the above-captioned case, by and through undersigned counsel, and file this civil action to compel agency action to complete the adjudication of their I-130 Petition for alien relative and I-485, Application for Adjustment of Status , as that the Petition is unreasonably delayed and state the following in support of this Complaint:

### **JURISDICTION AND VENUE**

1. This action arises under the United States Constitution and the Immigration and Nationality Act of 1952, 8 U.S.C. § 1101 et seq. ("INA"), as amended by the Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214, and the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, Pub. L. No. 104-208, 110 Stat. 1570.

1

2. This Court has jurisdiction over this petition for a Writ of Mandamus under 28 U.S.C. § 1331, 28 U.S.C. § 2201, the Administrative Procedures Act (APA), 5 U.S.C. §§ 555(b), 701 et. Seq., 701(a)(2), 706(1), and the Mandamus Act, 28 U.S.C.§ 1361.

3. Venue is proper in the Eastern District of New York pursuant to 28 U.S.C. §§ 1391(b)(2) and (e). The Plaintiffs seek adjudication of their Form I-130 and I-485, Petition for Alien Relative and Application to Register Permanent Residence or Adjust Status, pursuant to 8 U.S.C. § 1255. Plaintiffs reside at 160 45 130Th Avenue, Apt 13C, Jamaica, NY 11434.

   Plaintiffs' applications are being adjudicated by the USCIS District Field Office in New York City, New York.

## PARTIES

4. Plaintiff, Maged Tareq Ahmed, is a native and citizen of Yemen.

   He is the spouse of U.S Citizens, both Plaintiff's married on September 6, 2016 in Queens County, New York.

5. Plaintiff, Natacha Coutard- Ahmed, is a United States Citizen and the wife of Plaintiff Maged Tareq ahmed .

6. Defendant, William Barr, is the Attorney General of the United States, whose office address is US Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530.

7. Defendant, Kevin McAleenan, is the Acting Secretary of the Department of Homeland Security (DHS), whose office address is 245 Murray Lane, Building 410, SW, Washington, DC 20528.

8. Defendant, Ken Cuccinelli, is the Acting Director of U.S. Citizenship and Immigration Services (USCIS), whose office address is USCIS, 20 Massachusetts Ave, NW, Washington, DC 20529.

9. Defendant, Thomas Cioppa, is the District Director for USCIS in New York City, New York, whose office address is USCIS, Jacob Javits Federal Building, 26 Federal Plaza 7th Flr Room 700, New York, Ny 10278.

10. Each Defendant is sued in his or her official capacity. Defendants, William Barr, Kevin McAleenan, Ken Cuccinelli, and Thomas Cioppa are responsible for the adjudication of Plaintiffs' applications to be approved as an immediate relative of a U. S citizen (Spouse) and thus be able to Register as a Permanent Residence or Adjust Status pursuant to 8 U.S.C. § 1255.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

11. No exhaustion of remedy requirement applies to the Plaintiffs' complaint. Nonetheless, Plaintiffs, through counsel, have repeatedly inquired as to the status of their petition for Alien Relative and application for lawful permanent residence.

12. Ms. Maged and Mr. Maged married on September 6, 2016, and filed an I-130 petition on September 20, 2016, the first step in the process for Mr. Maged to obtain permanent-resident status. To date, USCIS has not adjudicated the I-130 petition despite both plaintiffs have been interviewed twice.

13. The couple initially appeared for I-130 interview on July 5, 2018 in 26 Federal plaza (**Exhibit A** )

14. Even more than a 6 month have passed the petition was not adjudicated, and both Plaintiffs were mailed a notice for a Stokes interview on April 18, 2018**. (Exhibit B)**

15. Mr. Maged and Mrs. Maged both appeared for the stokes interview at 26 Federal Plaza, with Counsel and the interview was conducted with officer Maryalice M. Pauley, at the concluding of the interview Plaintiffs was informed to except a decision within the normal processing

time 60 days.

16. More than 2(two) years have lapsed since Petitioner filed here petition, and over than 1 (one) year have lapsed since Plaintiff's last interview, since that date April 18, 2018 and even after numerous inquiries of the National Center USCIS refuses to perform its duty and adjudicate Plaintiff's Petition.

17. Mr. Maged and his wife are prejudiced by the undue delay in the processing of this petition. Mr. Maged is in removal proceedings; his application for asylum, withholding of removal, and protection under the Convention Against Torture, is still pending with New York Immigration Court, Mr. Maged has a master hearing on January 16 ,2019. The Immigration will inquire about the status of his Relative Petition, the I-130 petition must be approved before Mr. Maged can terminate removal proceeding and file his application for adjustment of status. But for the delay in adjudicating the I-130, Mr. Maged would be able to file his application for adjustment of status. USCIS has acted in bad faith in refusing to adjudicate the adjustment application in a timely manner. USCIS knows that because of its failure to adjudicate the I-130 petition, Mr. Maged may be forced to leave the United States without being able to file an application for adjustment of status or even may be ordered removed by the New York Immigration Court. Plaintiffs file this writ in order to ensure that the I-130 petition is promptly adjudicated, and in order to ensure that Mr. Maged can have his application for adjustment of status adjudicated before he is forced to leave the United States or ordered removed.

18. On April 29, 2019, when no action on the cases had been taken, another formal inquiry was filed with USCIS. Counsel was advised that our inquiry would be responded to by May 1, 2019.

19. When no response was received, another formal inquiry was filed on May 31, 2019.

20. Two (2) weeks later, a complaint was filed with the DHS Ombudsman's Office. To date, no response has been received from this office.

21. On June 18, 2019, a response from USCIS was received to the May 31, 2019 inquiry, stating that the Plaintiffs' cases were awaiting an interview, and they should be receiving an appointment notification from their local Field Office (USCIS – New York Field Office) once they were able to schedule the appointment.

22. The response provided no information as to when Plaintiffs' cases would likely be scheduled, or why their cases have taken so long to be scheduled in the first place.

23. On March 18, 2019, USCIS ended the process of individuals being able to schedule an appointment to speak with a USCIS officer in person at their local Miami Field Office.

24. Instead, the new procedure requires the individual to call USCIS' customer service, where an officer determines if an in-person appointment is necessary. Then, the individual must stand by for a return phone call anytime (day or night, weekday or sometimes even on weekends, over the next 72 hours). If the call is missed or if the individual is driving at the time the call is received, the whole process must be reinitiated.

25. Counsel has not been provided the opportunity to schedule any appointments to inquire in person about the pending cases.

26. In alignment with its removal of customer service from its mission statement, USCIS has removed applicant's ability to personally inquire about a case at a local office.

## FACTUAL ALLEGATIONS

27. On September 9, 2016, Plaintiffs's Spouse, Natacha Coutard- Ahmed, filed an I-130, Petition for Alien Relative on behalf of Plaintiffs to accord Plaintiffs status as immediate relatives of a U.S. citizen. (**Exhibit C**)

28. On March 31, 2019, USCIS published that the processing time for a family-based adjustment of status application was 11.7 months. Plaintiffs' applications have been pending 100% longer than the normal processing times.

29. When Plaintiffs' applications were originally filed, on September 6, 2016, USCIS' processing times for family-based adjustment of status applications were 8.4 months. *Id*. Thus, they expected USCIS to be done reviewing their applications in early 2018. Plaintiffs could not have imagined that almost Three (3) years after they filed their applications, USCIS is still processing them.

30. Plaintiffs' numerous inquiries have not resulted in the processing of their applications.

31. Moreover, on March 31, 2019, USCIS noted that the processing times had almost doubled since FY 2016.

32. Other numerous applications as an immediate relative pending in New York, NY filed long after Plaintiffs' applications, have been scheduled and processed.

33. Plaintiffs' applications are unreasonably delayed. On December 23, 2016, USCIS raised filing fees. In implementing the new fee increase, DHS commented that these new fees "do not merely cover the cost of adjudication time. The fees also cover the resources required for intake of immigration benefit requests, customer support, fraud detection, background checks, and administrative requirements." U.S. Citizenship and Immigration Services Fee Schedule, 81 Fed. Reg. 73292 (December 24, 2016). *Federal Register: The Daily Journal of the United StatesGovernment,* https://www.federalregister.gov/documents/2016/10/24/2016-25328/us-citizenship-and- immigration-services-fee-schedule.

34. USCIS, in implementing its new fee schedule, projected it would take under two (2) hours to adjudicate an immediate relative visa petition

35. USCIS is a fee-funded agency. Each Plaintiff paid $1,675 to USCIS for the processing of their visa petition and application for adjustment of status..

36. According to 8 U.S.C. § 1571(b),

    It is the sense of Congress that the processing of an immigration benefit application should be completed not later than 180 days after the initial filing of the application, except that a petition for a nonimmigrant visa under section 1184(c) of this title should be processed not later than 30 days after the filing of the petition.

    Clearly, Congress did not contemplate an adjudication time of three (3) years or more.

37. Plaintiffs are elderly. The inordinate delay in the processing of their adjustment of status applications has truly impacted the quality of their lives. They have missed family weddings and special occasions abroad (as they have not been permitted to travel), and they have missed numerous travel opportunities that they will not be able to recapture due to their declining health.

38. Plaintiffs are not asking this Court to order USCIS to approve their pending applications to adjust status; instead, Plaintiffs are merely asking this Court to order USCIS to adjudicate their applications.

39. If for some reason USCIS has delayed adjudication of Plaintiffs' cases because Plaintiffs present a security risk to the United States, then it behooves USCIS to determine if this is the case quickly since Plaintiffs are in the interior of this country.

## CLAIMS FOR RELIEF

40. Plaintiffs re-allege and incorporate by reference paragraphs 1 through 4 above.

41. Defendants owe to Plaintiffs the duty to act on their applications.

42. Defendants have failed to exercise this duty.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiffs request that the Court:

1. Assume jurisdiction over the matter;

2. Issue a Writ of Mandamus compelling Defendants to act and adjudicate Plaintiffs' I-130 on or before 60 days from filing of this complaint. Petition applications, or find that the adjudication of Plaintiffs' applications f has been inordinately delayed;

3. Award Plaintiff reasonable costs and attorney's fees; and

4. Award such further relief as the Court deems just and proper.

Dated: September 24 , 2019

Respectfully submitted,
/s/ Kareem El Nemr
Law Office of
Kareem El Nemr
28-30 Steinway St
Astoria, NY 11103
Tel: (917)-860-2164
Fax:(347)-507-5528
Email:
Kelnemr@elnemrlaw.com

# EXHIBIT A

Department of Homeland Security
U.S. Citizenship and Immigration Services

**G-56, Call in Notice**

Natacha COUTARD-AHMED
Maged Tareq AHMED
163 45 130th Avenue, Apt. # 13C
Jamaica, NY 11434

File Number: WAC1690632688
A202037217

Date: July 5, 2017

Please come to the USCIS office shown below at the time and place indicated in connection with an official matter.

| | |
|---|---|
| Office Location (Include Floor No. and Room No.) | Adjustment of Status Unit<br>8th Floor – Room 800<br>26 Federal Plaza (Please use Lafayette St. entrance)<br>New York, NY 10278 |
| Date and Hour | 8/8/2017                at 9:45 am |
| Ask for | IMMIGRATION SERVICES OFFICER |
| Reason for Appointment | I-130 Interview |
| Bring with You | See attached |

It is important that you keep this appointment and bring this letter with you. If you are unable to do so, state your reason, sign below and return this letter to this office at once.

I am unable to keep the appointment because:

Signature        Date

Sincerely,

*John E. Thompson*

John E. Thompson
Acting District Director
New York District

Cc:   Rifat A. Harb, Esq.
      25 69 Steinway Street
      Astoria, NY 11103

G-56(Rev 8/31/2005)N

# EXHIBIT B

Department of Homeland Security
U.S. Citizenship and Immigration Services

G-56, Call in Notice

Petitioner: AHMED-COUTARD N.
Beneficiary: AHMED MAGED T.
Address: 163-45 130th Ave, Apt #13C
Jamaica, NY 11434

File Number: A 202 037 217

Date: April 10, 2018

Please come to the USCIS office shown below at the time and place indicated in connection with an official matter.

| Office Location (Include Room No. and Floor No.) | Queens Field Office 9th Floor – Room 901 26 Federal Plaza (Please use Lafayette St. entrance) New York, NY 10278 |
|---|---|
| Date and Hour | 04/18/2018    At 7:30 AM |
| Ask for | Immigration Services Officer |
| Reason for Appointment | STOKES |
| Bring with You | See Attached |

It is important that you keep this appointment and bring this letter with you. If you are unable to do so, state your reason, sign below and return this letter to this office at once.

I am unable to keep the appointment because:

_____
Signature               Date

Sincerely,

Thomas M. Cioppa
District Director
New York District

Cc: RIFAT A HARB
25-69 Steinway Street
Astoria, NY 11103

G-56 (Rev 8/31)

# EXHIBIT C

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | September 20, 2016 |
| CASE TYPE | USCIS ALIEN NUMBER |
| I-130, Petition for Alien Relative | A074845730 |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| WAC1690632688 | September 19, 2016 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| September 19, 2016 | 203 A2A INA SPOUSE OF LPR | January 30, 1970 |

NATACHA COUTARD AHMED
C/O RIFAT A. HARB LAW OFFICE OF RIFAT A. HARB ESQ
25 69 STEINWAY STREET
ASTORIA, NY 11103

**PAYMENT INFORMATION:**

Application/Petition Fee: $420.00
Biometrics Fee: $0.00
Total Amount Received: $420.00
Total Balance Due: $0.00

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

The I-130, Petition for Alien Relative has been received by our office for the following beneficiaries and is in process:

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**
USCIS
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111

**USCIS Customer Service Number:**
(800)375-5283
ATTORNEY COPY


If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C 07/11/14 Y